1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   BERNARD PLUMMER,                    No. C-12-0620 TEH (PR)
12               Petitioner,             ORDER OF TRANSFER
13          v.
14   PAROLE BOARD, et al.
15               Respondents.
16   _____/
17
18          Petitioner, a state prisoner, has filed a <u>pro se</u> petition
19   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254,
20   challenging as a violation of his constitutional rights the denial
21   of parole by the California Board of Parole Hearings.  Doc. #1 at 6.
22          A petition for a writ of habeas corpus filed by a state
23   prisoner in a State that contains two or more federal judicial
24   districts may be filed in either the district of confinement or the
25   district of conviction.  <u>See</u> 28 U.S.C. § 2241(d).  The district
26   court where the petition is filed, however, may transfer the
27   petition to the other district in the furtherance of justice.  <u>See</u>
28   <u>id.</u>  Federal courts in California traditionally have chosen to hear

petitions challenging a conviction or sentence in the district of conviction.  <u>See</u> <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D. Cal. 1993); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. <u>See</u> Habeas L.R. 2254-3(a); <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner is incarcerated at Chuckawalla Valley State Prison, in Riverside County, which lies within the venue of the Central District of California.  <u>See</u> 28 U.S.C. § 84(c).  Because petitioner challenges the execution of his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b)(2), and in the interests of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California.

The clerk shall terminate all pending motions as moot, close the file and transfer this matter to the United States District Court for the Central District of California.

IT IS SO ORDERED.

DATED        04/03/2012        _____
                              THELTON E. HENDERSON
                              United States District Judge

G:\PRO-SE\TEH\HC.12\Plummer-12-620-transfer to cacd.wpd

2